**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **CD II Fashions, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | **20-11101-mew** |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Chase account** | | 7  7  2  3 | $31,769.37 |

4.  **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $31,769.37 |
|---|

## Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| Debtor | CD II Fashions, LLC | Case number (if known) | 20-11101-mew |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.                    **$0.00**

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes.  Fill in the information below.

   **Current value of debtor's interest**

11. **Accounts receivable**

11a.  90 days old or less:     **$4,585,180.92**   –   **$0.00**   = ..............➜   **$4,585,180.92**
                              face amount              doubtful or uncollectible accounts

11b.  Over 90 days old:     **$1,430.25**   –   **$0.00**   = ..............➜   **$1,430.25**
                          face amount           doubtful or uncollectible accounts

12. **Total of Part 3**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.           **$4,586,611.17**

## Part 4:  Investments

13. **Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes.  Fill in the information below.

   **Valuation method used for current value**     **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

17. **Total of Part 4**
   Add lines 14 through 16.  Copy the total to line 83.                    **$0.00**

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ☑ Yes.  Fill in the information below.

| Debtor | CD II Fashions, LLC | Case number (if known) | 20-11101-mew |
|---|---|---|---|
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| Women's apparel | 01/01/2020 | $5,059,553.56 | | $5,095,553.56 |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$5,095,553.56

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **CD II Fashions, LLC**                                    Case number (if known)    **20-11101-mew**
_____Name_____

---

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture | **$2,575.66** | | **$2,575.66** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    | | **$2,575.66** |
    |---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No.  Go to Part 9.
    ☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    | | **$0.00** |
    |---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

Debtor    **CD II Fashions, LLC**                                    Case number (if known)    **20-11101-mew**
Name

---

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

## Part 10:  Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **4 registered trademarks and 9 common law trademarks** | | | **$250,000.00** |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |
| **Goodwill** | **$1,616,666.66** | | **$1,616,666.66** |

66.  **Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.    **$1,866,666.66**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Debtor | CD II Fashions, LLC | Case number (if known) | 20-11101-mew |
|--------|---------------------|------------------------|--------------|
|        | Name                |                        |              |

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No.  Go to Part 12.
☑  Yes.  Fill in the information below.

**Current value of
debtor's interest**

71.  **Notes receivable**

Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**Overpayments and wire fees to be charged back to 3 vendors**                    **$275.00**

78.  **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                              **$275.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑  No
☐  Yes

Debtor    CD II Fashions, LLC                                    Case number (if known)    20-11101-mew
          Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $31,769.37 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $4,586,611.17 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $5,095,553.56 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,575.66 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88. Real property.** *Copy line 56, Part 9* .............................................................. ➔ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,866,666.66 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $275.00 | |
| **91. Total.** Add lines 80 through 90 for each column. 91a. | $11,583,451.42 + 91b. | $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ....................................................................    $11,583,451.42

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CD II Fashions, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | **20-11101-mew** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name **The CIT Group/Commercial Services, In** | Describe debtor's property that is subject to a lien **All assets, including inventory, accounts, etc.** | **$3,803,336.01** | **$11,330,600.76** |
| Creditor's mailing address **11 W 42nd Street** | Describe the lien **Agreement** | | |
| **New York          NY    10036** | Is the creditor an insider or related party? ☑ No ☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim? ☐ No ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred | As of the petition filing date, the claim is: Check all that apply. | | |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Do multiple creditors have an interest in the same property? ☑ No ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                          **$3,803,336.01**

| Debtor | **CD II Fashions, LLC** | Case number (if known) | **20-11101-mew** |

## Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Josh Divack, Esq.** | Line  **2.1** | ___ ___ ___ ___ |
| **Hahn & Hessen LLP** | | |
| **488 Madison Avenue** | | |
| | | |
| **New York**         **NY**     **10022** | | |

| Fill in this information to identify the case: |
| --- |

| | |
| --- | --- |
| Debtor | **CD II Fashions, LLC** |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number
(if known)    **20-11101-mew**

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| **2.1** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | $600.00 | $600.00 |
| --- | --- | --- | --- |
| Adina Carkhum | | | |
| 603A Halsey Street | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Brooklyn                    NY    11233 | **Basis for the claim:** **Paid time off** | | |
| Date or dates debt was incurred | | | |
| | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| Last 4 digits of account number   __ __ __ __ | | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(   **8**   ) | | | |

| **2.2** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,384.62 | $1,384.62 |
| --- | --- | --- | --- |
| Alla Dupont | | | |
| 3206 47th St, Apt 6E | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Astoria                    NY    11103 | **Basis for the claim:** **Paid time off** | | |
| Date or dates debt was incurred | | | |
| | **Is the claim subject to offset?** ☑ No ☐ Yes | | |
| Last 4 digits of account number   __ __ __ __ | | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)(   **8**   ) | | | |

Debtor  **CD II Fashions, LLC** _____    Case number (if known)  **20-11101-mew** _____

| Part 1: | Additional Page |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim | Priority amount

**2.3**   Priority creditor's name and mailing address

**Christine M. Duxbury**

**32-42 33rd St, Apt B**

_____

**Astoria                        NY      11106**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __**8**__ )

As of the petition filing date, the
claim is:  _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☒ No
☐ Yes

$519.23 | $519.23

---

**2.4**   Priority creditor's name and mailing address

**Christopher G. Marko**

**644 5th Street**

_____

**Carlstadt                     NJ      07072**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __**8**__ )

As of the petition filing date, the
claim is:  _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☒ No
☐ Yes

$1,096.16 | $1,096.16

---

**2.5**   Priority creditor's name and mailing address

**Elaine Yick-Kay Cheung**

**30 Great Oaks Dr.**

_____

**New City                      NY      10956**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( __**8**__ )

As of the petition filing date, the
claim is:  _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☒ No
☐ Yes

$462.00 | $462.00

| Debtor | CD II Fashions, LLC | Case number (if known) | 20-11101-mew |
|---|---|---|---|

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.6**   Priority creditor's name and mailing address
**Elizabeth Acevedo**
**275 E. 201 Street, Apt 6E**

**Bronx                                        NY        10458**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$576.92**    Priority amount: **$576.92**

---

**2.7**   Priority creditor's name and mailing address
**Emily S. Platt**
**1530 Palisade Ave #28H**

**Fort Lee                                     NJ        07024**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$2,400.00**    Priority amount: **$2,400.00**

---

**2.8**   Priority creditor's name and mailing address
**Grace Suarez**
**1253 Lincoln Pl, Apt 5**

**Brooklyn                                     NY        11213**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

As of the petition filing date, the
claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$750.00**    Priority amount: **$750.00**

| Debtor | CD II Fashions, LLC | | Case number (if known) | **20-11101-mew** |
| --- | --- | --- | --- | --- |

---

## Part 1:    Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

---

**2.9**    Priority creditor's name and mailing address

**Janelle S. Russ**

**15 W. 139th St**

**New York                    NY        10037**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __**8**__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Paid time off**

Is the claim subject to offset?

☒ No
☐ Yes

**$1,384.62**        **$1,384.62**

---

**2.10**    Priority creditor's name and mailing address

**Kristina Nunziato**

**30 Argyle Road**

**Port Chester                NY        10573**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __**8**__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Paid time off**

Is the claim subject to offset?

☒ No
☐ Yes

**$1,096.16**        **$1,096.16**

---

**2.11**    Priority creditor's name and mailing address

**Lyudmila Brodsky**

**451 Wellington Road**

**East Meadow                NY        11554**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __**8**__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Paid time off**

Is the claim subject to offset?

☒ No
☐ Yes

**$923.08**        **$923.08**

| Debtor | CD II Fashions, LLC | Case number (if known) | 20-11101-mew |

---

**Part 1:** | **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |

**2.12** Priority creditor's name and mailing address

**Mandy Jing Wen Li**

**91-05 217th Street**

**Queens Village        NY    11428**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**    Priority amount: **$0.00**

**2.13** Priority creditor's name and mailing address

**Marc J. Kurtz**

**1912 Ocean Parkway**

**Brooklyn        NY    11223**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$692.31**    Priority amount: **$692.31**

**2.14** Priority creditor's name and mailing address

**Marina Tchetchoura**

**2077 Center Ave, Apt 21C**

**Fort Lee        NJ    07024**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$523.08**    Priority amount: **$523.08**

Debtor    **CD II Fashions, LLC** _____    Case number (if known)   **20-11101-mew** _____

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.15**   Priority creditor's name and mailing address

**Mary E.Toomey**

**100 Essex Avenue**

_____

_____

**Glen Ridge**                **NJ**      **07028**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Paid time off**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,038.46**    Priority amount: **$1,038.46**

**2.16**   Priority creditor's name and mailing address

**Maya Cecile Jean**

**1237 New York Avenue**

_____

_____

**Brooklyn**                **NY**      **11203**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Paid time off**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$542.31**    Priority amount: **$542.31**

**2.17**   Priority creditor's name and mailing address

**Mei Ting Tan**

**141 East 13th St, Apt R1A**

_____

_____

**New York**                **NY**      **10003**

Date or dates debt was incurred

_____

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)( __8__ )

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Paid time off**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,038.46**    Priority amount: **$1,038.46**

Debtor    **CD II Fashions, LLC**                                    Case number (if known)    **20-11101-mew**

---

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.18**  Priority creditor's name and mailing address

**Michelle Miaoxiang Lei**

**680 81st St #1J**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $456.92    **Priority amount** $456.92

**Brooklyn                      NY      11228**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.19**  Priority creditor's name and mailing address

**Mohit K. Srivastava**

**45 12th St**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,038.46    **Priority amount** $1,038.46

**Monroe Township            NJ      08831**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.20**  Priority creditor's name and mailing address

**Natalia G. Poveda**

**55-05 Woodside Ave**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $0.00    **Priority amount** $0.00

**Woodside                     NY      11377**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    **CD II Fashions, LLC**                                    Case number (if known)    **20-11101-mew**

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.21**   Priority creditor's name and mailing address

**Nikita Choksi**

**5 Cypress Court**

**Princeton Meadows        NJ      08536**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☒ No
☐ Yes

**$784.62**            **$784.62**

**2.22**   Priority creditor's name and mailing address

**Nilda Garabo**

**9 Bartha Avenue**

**Edison        NJ      08817**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**            **$0.00**

**2.23**   Priority creditor's name and mailing address

**Orlinda J. Young**

**87-15 Britton Avenue, Apt 33**

**Elmhurst        NY      11373**

Date or dates debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☒ No
☐ Yes

**$300.00**            **$300.00**

Debtor    **CD II Fashions, LLC**_____    Case number (if known)  **20-11101-mew**_____

---

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.24**  Priority creditor's name and mailing address

**Patricia A. Whipple**

**255 Dogwood Road**

_____

**Valley Stream          NY    11580**

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Paid time off**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$376.92**    Priority amount: **$376.92**

---

**2.25**  Priority creditor's name and mailing address

**Patricia J. Prussack**

**22 Sally Street**

_____

**Howell          NJ    07731**

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Paid time off**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$780.00**    Priority amount: **$780.00**

---

**2.26**  Priority creditor's name and mailing address

**Rebecca M. Rivera**

**61 Fifth Ave, Apt 2R**

_____

**Brooklyn          NY    11217**

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Paid time off**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$519.23**    Priority amount: **$519.23**

---

Debtor    **CD II Fashions, LLC** _____    Case number (if known)    **20-11101-mew** _____

| | | | |
|---|---|---|---|

**Part 1:**     **Additional Page**

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                                  **Total claim**       **Priority amount**

---

**2.27**   Priority creditor's name and mailing address

**Sang Rhee**

**100 Winston Dr., Apt 12BS**

_____

**Cliffside Park**            **NJ**      **07010**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☒ No
☐ Yes

**$538.46**         **$538.46**

---

**2.28**   Priority creditor's name and mailing address

**Tenpa Dhargyal**

**52-34 79th St**

_____

**Elmhurst**               **NY**      **11373**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☒ No
☐ Yes

**$264.00**         **$264.00**

---

**2.29**   Priority creditor's name and mailing address

**Theresa Chernosky**

**303 Stockholm St**

_____

**Brooklyn**              **NY**      **11237**

Date or dates debt was incurred

_____

Last 4 digits of account
number     ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☒ No
☐ Yes

**$634.62**         **$634.62**

---

Debtor    **CD II Fashions, LLC**                                              Case number (if known)    **20-11101-mew**

---

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.30**    Priority creditor's name and mailing address

**Thomas M. Gilligan**

**203 Chrystie St**

**New York**                          **NY**      **10002**

Date or dates debt was incurred

Last 4 digits of account
number         ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$519.23**      Priority amount: **$519.23**

---

**2.31**    Priority creditor's name and mailing address

**Tiffany Yanchung Zhang**

**27 Star Ct.**

**Staten Island**                      **NY**      **10312**

Date or dates debt was incurred

Last 4 digits of account
number         ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$420.00**      Priority amount: **$420.00**

---

**2.32**    Priority creditor's name and mailing address

**Tirsa Sumilat**

**1501 Colonial Gardens Dr.**

**Avenel**                             **NJ**      **07001**

Date or dates debt was incurred

Last 4 digits of account
number         ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(  **8**  )

As of the petition filing date, the
claim is:  *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Paid time off**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$161.54**      Priority amount: **$161.54**

Debtor    **CD II Fashions, LLC**                                   Case number (if known)  **20-11101-mew**

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.33**   Priority creditor's name and mailing address

**Vince S. Tsang**

**75 Montgomery St., Apt 20B**

_____

**New York                      NY      10002**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(   **8**   )

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Paid time off**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim      **$773.08**          Priority amount      **$773.08**

Debtor    **CD II Fashions, LLC**                                    Case number (if known)    **20-11101-mew**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.   If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$403.13** |
|---|---|---|---|

**Absolute Packing & Supply Inc.**

**456 E 22nd St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Paterson                     NJ      07514**      **Supplies**

Date or dates debt was incurred                          **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __      ☑ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,002,820.47** |
|---|---|---|---|

**AEC Apparel, Inc.**

**231 W 39th Street, Rm 302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York                     NY      10018**      **Product**

Date or dates debt was incurred                          **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __      ☑ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$141,661.82** |
|---|---|---|---|

**Ally NYC**

**230 W 39th St., Rm 525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New York                     NY      10019**      **Product**

Date or dates debt was incurred                          **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __      ☑ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$204.69** |
|---|---|---|---|

**Avery Dennison Hong Kong B.V.**

**1/F, 7 Chun Yin Street**

**Tseung Kwan O Industrial Estate**

☐ Contingent
☐ Unliquidated
☐ Disputed

**New Territories, Hong Kong**

**Basis for the claim:**

**Supplies/labels**

Date or dates debt was incurred                          **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __      ☑ No
☐ Yes

---

Debtor    **CD II Fashions, LLC**                                    Case number (if known)    **20-11101-mew**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.5 | Nonpriority creditor's name and mailing address |

**CDW Direct**

**P.O. Box 75723**

**Chicago**                    **IL**        **60675**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**IT supplies**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,071.91

---

| 3.6 | Nonpriority creditor's name and mailing address |

**Choudary Garments**

**aka RAS International**

**126 Aristople Way**

**East Windsor**                **NJ**        **08512**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Product**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,226,252.91

---

| 3.7 | Nonpriority creditor's name and mailing address |

**Design Collection, Inc.**

**2209 S. Santa Fe Avenue**

**Los Angeles**                **CA**        **90058**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Product**

**Is the claim subject to offset?**
☑ No
☐ Yes

$914,770.32

---

| 3.8 | Nonpriority creditor's name and mailing address |

**Digifab Systems**

**5015 Pacific Blvd**

**Los Angeles**                **CA**        **90058**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**IT expenses**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,376.00

---

Debtor    **CD II Fashions, LLC**                          Case number (if known)    **20-11101-mew**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,878.75 |
| --- | --- | --- | --- |

**Emily Ray**

**20 Riverwood Avenue**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Bedminster                NJ      07921**

Basis for the claim:
**Consulting services**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.10** | Nonpriority creditor's name and mailing address | | $1,770.59 |
| --- | --- | --- | --- |

**Etiwanda Logistics, Inc.**

**7551 Cherry Avenue, UNit B**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fontana                    CA      92336**

Basis for the claim:
**Warehousing**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.11** | Nonpriority creditor's name and mailing address | | $2,012.42 |
| --- | --- | --- | --- |

**FedEx**

**P.O. Box 371461**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pittsburgh                 PA      15250**

Basis for the claim:
**Overnight delivery**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.12** | Nonpriority creditor's name and mailing address | | $323,007.56 |
| --- | --- | --- | --- |

**Fineness Enterprise Co., Ltd.**

**10F, No. 34, Sec. 5**

**Nanking E. Rd.**

**Taipei, Taiwan**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Product**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **CD II Fashions, LLC**                                    Case number (if known)    **20-11101-mew**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,885.00 |
| --- | --- | --- | --- |

**Galaxy Express LLC**

**P.O. Box 15096**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**North Brunswick**        **NJ**      **08902**        **Trucking/freight**

Date or dates debt was incurred  _____        Is the claim subject to offset?
- ☑ No

Last 4 digits of account number  __ __ __ __        
- ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,650.00 |
| --- | --- | --- | --- |

**Gianilda Olivo**

**245 NE 14th Street**

**Apt 3101**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**Miami**        **FL**      **33132**        **Consulting services**

Date or dates debt was incurred  _____        Is the claim subject to offset?
- ☑ No

Last 4 digits of account number  __ __ __ __        
- ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 |
| --- | --- | --- | --- |

**Global Asset Services LLC**

**555 Eighth Avenue**

**Suite 1002**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**New York**        **NY**      **10018**        **IT expenses - EDI VAN services**

Date or dates debt was incurred  _____        Is the claim subject to offset?
- ☑ No

Last 4 digits of account number  __ __ __ __        
- ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,575.00 |
| --- | --- | --- | --- |

**Group Four Design Studio Ltd.**

**325 Fifth Avenue #15C**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

**New York**        **NY**      **10016**        **Design consulting expenses**

Date or dates debt was incurred  _____        Is the claim subject to offset?
- ☑ No

Last 4 digits of account number  __ __ __ __        
- ☐ Yes

Debtor    **CD II Fashions, LLC**                                    Case number (if known)  **20-11101-mew**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              Amount of claim

**3.17**    Nonpriority creditor's name and mailing address

**Hangzhou Joy in Fashions**

**Room 1502 Xingguang Center**

**No 9 Taian Road, Binjiang No. 777**

**Shangia 200050 China**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Product**

Is the claim subject to offset?
☒ No
☐ Yes

$127,509.62

---

**3.18**    Nonpriority creditor's name and mailing address

**Intertek**

**P.O. Box 99959**

**Chicago**                **IL**    **60696-7759**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Testing expenses**

Is the claim subject to offset?
☒ No
☐ Yes

$4,945.96

---

**3.19**    Nonpriority creditor's name and mailing address

**Intertrade Systems Inc.**

**P.O. Box 55811**

**Boston**                **MA**    **02205-5811**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**IT - ecatalogue**

Is the claim subject to offset?
☒ No
☐ Yes

$435.50

---

**3.20**    Nonpriority creditor's name and mailing address

**Intl Communication Combine Worldwide Inc**

**134 W 29th St, Suite 602**

**New York**                **NY**    **10001**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trucking/freight**

Is the claim subject to offset?
☒ No
☐ Yes

$4,103.52

---

| Debtor | CD II Fashions, LLC | | Case number (if known) | 20-11101-mew |
|---|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill or submit this page.

Amount of claim

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|

Jump Design Group, Inc.

1400 Broadway, 2nd Floor

☐ Contingent
☐ Unliquidated
☐ Disputed

New York          NY    10018

**Basis for the claim:**
Working capital

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,300.00** |
|---|---|---|---|

M. Collection

2 Old Stone Bridge Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Cos Cob          CT    06807

**Basis for the claim:**
Consulting expenses

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$5,915.18** |
|---|---|---|---|

Millennium Technologies

11 High Street

☐ Contingent
☐ Unliquidated
☐ Disputed

Butler          NJ    07405

**Basis for the claim:**
IT services

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$923,055.60** |
|---|---|---|---|

Nantong Kyueda Trading Co., Ltd.

No. 9 Shualglou Road

Qutang Town, Haian, Jiangsu

226600 China

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Product

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **CD II Fashions, LLC** | Case number (if known) | **20-11101-mew** |

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                    Amount of claim

**3.25**   Nonpriority creditor's name and mailing address

**Oxford Health Plans**

**P.O. Box 1697**

**Newark**                **NJ**     **07101**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Healthcare expenses**

Is the claim subject to offset?
☑ No
☐ Yes

                                                     **$5,084.05**

---

**3.26**   Nonpriority creditor's name and mailing address

**Polaris Handelsgesellschaft**

**Landstraber Haupstrabe**

**146-148/16, B2A A-1030**

**Vienna, Austria**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Product**

Is the claim subject to offset?
☑ No
☐ Yes

                                        **$1,267,743.03**

---

**3.27**   Nonpriority creditor's name and mailing address

**Pro Graphics**

**3 W Main Street #100**

**Elmsford**            **NY**     **10523**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**IT expenses and maintenance**

Is the claim subject to offset?
☑ No
☐ Yes

                                                    **$594.46**

---

**3.28**   Nonpriority creditor's name and mailing address

**State Artist Management**

**525 Seventh Avenue, Suite 904**

**New York**          **NY**     **10018**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consulting services**

Is the claim subject to offset?
☑ No
☐ Yes

                                                    **$1,755.00**

---

Debtor    **CD II Fashions, LLC**                                    Case number (if known)    **20-11101-mew**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.29** | Nonpriority creditor's name and mailing address

**TCW Trends, Inc. Torrance**

**c/o Rosenthal & Rosenthal, Inc.**

**P.O. Box 88926**

**Chicago**                    **IL**        **60696-1926**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Product**

Is the claim subject to offset?
☑ No
☐ Yes

**$527,008.59**

---

**3.30** | Nonpriority creditor's name and mailing address

**Temost Investments Ltd.**

**#902 9/F Kwai Cheong Ctr.**

**40-52 Kwai Cheong Rd**

**Kwai Cheung**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Product**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,832,524.39**

---

**3.31** | Nonpriority creditor's name and mailing address

**The Agency Worx, LLC**

**1261 Broadway, Suite 1002**

**New York**                    **NY**        **10001**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Consulting expenses**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,453.95**

---

**3.32** | Nonpriority creditor's name and mailing address

**VSG Korea Co.**

**2 Fl, 58 Achason-Ro**

**Seongdong-Gu**

**Seoul, Korea**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Product**

Is the claim subject to offset?
☑ No
☐ Yes

**$13,170.08**

---

Debtor    __CD II Fashions, LLC_____    Case number (if known)    __20-11101-mew___

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

__W. B. Mason, Inc._____

__59 Centre Street_____

_____

__Brockton_____ __MA___ __02301____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Office supplies_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,123.20

---

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

__Wakefield Design Studio LLC_____

__239 E. Muriel Street_____

_____

__Orlando_____ __FL___ __32806____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Consulting services_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,000.00

---

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

__Yankee Clipper Distribution of Brunswick_____

__2400 Route 1 North_____

_____

__North Brunswick____ __NJ___ __08902____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Warehousing_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$63,089.71

Debtor    **CD II Fashions, LLC**                                    Case number (if known)  **20-11101-mew**

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **David L. Stevens, Esq.**<br>**Scura Wigfield et al**<br>**1599 Hamburg Turnpike**<br><br>**Wayne**          **NJ**      **07470** | Line   **3.6**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.2** **Department of Treasury**<br>**Internal Revenue Service**<br><br><br>**Kansas City**          **MO**      **64999-0002** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.3** **Michael Langer, Esq.**<br>**Law Offices of Michael Langer**<br>**114 Old Country Road, Suite 690**<br><br>**Mineola**          **NY**      **11501** | Line   **3.30**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.4** **Michael Langer, Esq.**<br>**Law Offices of Michael Langer**<br>**114 Old Country Road, Suite 690**<br><br>**Mineola**          **NY**      **11501** | Line   **3.24**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.5** **NYC Dept of Finance**<br>**66 John St, 3rd Floor**<br><br><br>**New York**          **NY**      **10038-3735** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.6** **NYS Dept of Taxation & Finance**<br>**Bankruptcy Section**<br>**P.O. Box 5300**<br><br>**Albany**          **NY**      **12205-0300** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

| Debtor | **CD II Fashions, LLC** | Case number (if known) | **20-11101-mew** |

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |

**4.7**  **Tracy Klestadt, Esq.**
**Klestadt Winters et al.**
**200 W 41st Street, 17th Floor**

**New York          NY      10036-7203**

Line ___**3.26**___

☐ Not listed.  Explain:

__ __ __ __

**4.8**  **US Attorney, SDNY**
**86 Chambers St**

**New York          NY      10007**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor    **CD II Fashions, LLC**                                    Case number (if known)    **20-11101-mew**

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.        $22,594.49 |
| 5b. | **Total claims from Part 2** | 5b. +   $14,417,152.41 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $14,439,746.90 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CD II Fashions, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known) | **20-11101-mew**          Chapter    **7** |

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Factoring and other related agreements** | **The CIT Group/Commercial Services, Inc.** |
|---|---|---|---|
| | | | **11 W 42nd Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **New York            NY      10036** |

| **Fill in this information to identify the case:** |
| --- |
| Debtor name    **CD II Fashions, LLC** |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK** |
| Case number    **20-11101-mew**<br>(if known) |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                   12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Jump Design Goup, Inc.** | **1400 Broadway, 2nd Floor**<br>Number        Street<br><br>**New York**            **NY**   **10018**<br>City                       State   ZIP Code | **The CIT Group/Commercial Services, Inc.** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **CD II Fashions, LLC**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known):  **20-11101-mew**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

1.    *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
      Copy line 88 from Schedule A/B..................................................................................... | **$0.00**

   1b.  **Total personal property:**
      Copy line 91A from Schedule A/B................................................................................. | **$11,583,451.42**

   1c.  **Total of all property**
      Copy line 92 from Schedule A/B................................................................................... | **$11,583,451.42**

## Part 2:    Summary of Liabilities

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................... | **$3,803,336.01**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of Schedule E/F...................................... | **$22,594.49**

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................. | **+ $14,417,152.41**

4.    **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................... | **$18,243,082.91**

**Fill in this information to identify the case and this filing:**

Debtor Name  **CD II Fashions, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number  **20-11101-mew**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **6/29/2020**           X **/s/ Glenn Schlossberg**
          MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                        **Glenn Schlossberg**
                                        Printed name
                                        **Manager**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name        **CD II Fashions, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number      **20-11101-mew**
(if known)

☑ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

---

### Part 1:        Income

1.    **Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year,**
**which may be a calendar year**

| | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __01/01/2020__ to  Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$16,578,717.04** |
| **For prior year:** | From __01/01/2019__ to __12/31/2019__<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$82,857,392.28** |
| **For the year before that:** | From __01/01/2018__ to __12/31/2018__<br>MM / DD / YYYY   MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | |

2.    **Non-business revenue**
     Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
     lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

### Part 2:        List Certain Transfers Made Before Filing for Bankruptcy

3.    **Certain payments or transfers to creditors within 90 days before filing this case**

     List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
     before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be
     adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **SEE ATTACHED**<br>Creditor's name<br><br>Street<br><br><br>City                State    ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

| Debtor | CD II Fashions, LLC | Case number (if known) | 20-11101-mew |
|---|---|---|---|
| | Name | | |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **All transfers to parent were made** | | | |
| | Insider's name | | | |
| | **pursuant to a mgmt agmt in exchange** | | | |
| | Street | | | |
| | **for reasonably equivalent value** | | | |
| | | | | |
| | City                State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    CD II Fashions, LLC _____    Case number (if known)    **20-11101-mew** _____
          Name

---

| Part 4: | **Certain Gifts and Charitable Contributions** |

**9.**    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

| Part 5: | **Certain Losses** |

**10.**    **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

| Part 6: | **Certain Payments or Transfers** |

**11.**    **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

**12.**    **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.**    **Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

| Part 7: | **Previous Locations** |

**14.**    **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

Debtor   **CD II Fashions, LLC** _____   Case number (if known) **20-11101-mew** _____
        Name

---

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■ diagnosing or treating injury, deformity, or disease, or

- ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained  _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
  ☑ No.  Go to Part 10.
  ☐ Yes.  Fill in below:

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Yankee Clipper Distribution of Brunswi<br>Name** | | **Women's apparel** | ☐ No<br>☑ Yes |
| **2400 Route 1 North**<br>Street | **Address** | | |
| _____ | | | |
| **North Brunswick   NJ   08902**<br>City      State   ZIP Code | | | |

---

Debtor   CD II Fashions, LLC                                                    Case number (if known)   20-11101-mew
_____
Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21.   **Property held for another**
      List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held
      in trust.  Do not list leased or rented property.

      ☑  None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of
  the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor
  formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a
  similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
      Include settlements and orders.

      ☑  No
      ☐  Yes.  Provide details below.

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in
      violation of an environmental law?**

      ☑  No
      ☐  Yes.  Provide details below.

24.   **Has the debtor notified any govermental unit of any release of hazardous material?**

      ☑  No
      ☐  Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25.   **Other businesses in which the debtor has or has had an interest**
      List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this
      case.  Include this information even if already listed in the Schedules.

      ☑  None

26.   **Books, records, and financial statements**

      26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

             ☐  None

             **Name and address**                                            **Dates of service**

      26a.1.   **Lance Baran (Controller)**                          From   **Sept 2019**   To   **present**
               Name
               **1400 Broadway, 2nd Floor**
               Street

               _____

               **New York**                    **NY**     **10018**
               City                            State      ZIP Code

Debtor    **CD II Fashions, LLC**
_____    Case number (if known) **20-11101-mew**
Name

**Name and address**                                    **Dates of service**

26a.2.    **David Kim (Controller)**                        From **March 2019**    To **August 2019**
Name
_____
Street
_____
_____
City                    State    ZIP Code

**Name and address**                                    **Dates of service**

26a.3.    **Mark Smith (CFO)**                            From **Sept 2019**    To **March 2020**
Name
_____
Street
_____
_____
City                    State    ZIP Code

**Name and address**                                    **Dates of service**

26a.4.    **Anthony Barnes (Assistant Controller)**        From **August 2019**    To **June 2019**
Name
_____
Street
_____
_____
City                    State    ZIP Code

**Name and address**                                    **Dates of service**

26a.5.    **Eunice Sosa (Director)**                        From **July 2019**    To **present**
Name
**1400 Broadway, 2nd Floor**
Street
_____
**New York**            **NY**    **10018**
City                    State    ZIP Code

**Name and address**                                    **Dates of service**

26a.6.    **David Ramirez (CFO)**                          From **March 2018**    To **August 2019**
Name
_____
Street
_____
_____
City                    State    ZIP Code

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
statement within 2 years before filing this case.

☐ None

**Name and address**                                    **Dates of service**

26b.1.    **CBIZ MMH, LLC**                               From _____    To _____
Name
**5 Bryant Park at**
Street
**1065 Avenue of the Americas**
**New York**            **NY**    **10018**
City                    State    ZIP Code

| | | |
|---|---|---|
| Debtor | **CD II Fashions, LLC** | Case number (if known)   **20-11101-mew** |
| | Name | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **The CIT Group/Commercial Services, Inc.**
Name
**11 W 42nd Street**
Street

| | | |
|---|---|---|
| **New York** | **NY** | **10036** |
| City | State | ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Glenn Schlossberg | 1400 Broadway, 2nd Floor<br>New York, NY 10018 | Manager | |
| Jump Design Group, Inc. | 1400 Broadway, 2nd Floor<br>New Yrok, NY 10018 | Parent | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes.  Identify below.

**Name of the parent corporation**                  **Employer Identification number of the parent corporation**
**Jump Design Group, Inc.**                          EIN:  **1** – **3** – **3**  **6**  **2**  **3**  **3**  **0**  **3**

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes.  Identify below.

| Debtor | **CD II Fashions, LLC** | Case number (if known) | **20-11101-mew** |
|---|---|---|---|
| | Name | | |

---

**Part 14:**    **Signature and Declaration**

---

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/29/2020**
　　　　　　　MM / DD / YYYY


**X** **/s/ Glenn Schlossberg**　　　　　　　　　　　　　Printed name  **Glenn Schlossberg**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Manager**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

# CD II FASHIONS LLC
## Check Detail
### February 4 - May 4, 2020

| Date | Transaction Type | Num | Name | Clr | Amount |
|------|------------------|-----|------|-----|--------|
| 02/06/2020 | Bill Payment (Check) | W020420 | AEC APPAREL INC. | R | 200,217.22 |
| 02/13/2020 | Bill Payment (Check) | W021320 | AEC APPAREL INC. | R | 68,785.20 |
| 02/20/2020 | Bill Payment (Check) | W021920 | AEC APPAREL INC. | R | 123,367.66 |
| 03/12/2020 | Bill Payment (Check) | W030820 | AEC APPAREL INC. | R | 119,967.20 |
| 02/06/2020 | Bill Payment (Check) | W020220 | Ally NYC | R | 204,794.80 |
| 02/12/2020 | Bill Payment (Check) | W020820 | Ally NYC | R | 267,861.20 |
| 02/27/2020 | Bill Payment (Check) | W022820 | Ally NYC | R | 94,840.10 |
| 03/06/2020 | Bill Payment (Check) | W030520 | Ally NYC | R | 150,311.90 |
| 03/13/2020 | Bill Payment (Check) | W031020 | Ally NYC | R | 135,962.08 |
| 02/21/2020 | Bill Payment (Check) | 643 | AMERICAN EXPRESS | R | 14,109.21 |
| 02/06/2020 | Bill Payment (Check) | W020120 | CHOUDHARY GARMENTS | R | 499,869.31 |
| 02/12/2020 | Bill Payment (Check) | W021120 | CHOUDHARY GARMENTS | R | 199,961.20 |
| 02/14/2020 | Bill Payment (Check) | W021620 | CHOUDHARY GARMENTS | R | 147,886.68 |
| 02/20/2020 | Bill Payment (Check) | W021820 | CHOUDHARY GARMENTS | R | 248,418.28 |
| 02/25/2020 | Bill Payment (Check) | W022420 | CHOUDHARY GARMENTS | R | 403,789.06 |
| 02/27/2020 | Bill Payment (Check) | W022920 | CHOUDHARY GARMENTS | R | 186,789.62 |
| 02/28/2020 | Bill Payment (Check) | W023220 | CHOUDHARY GARMENTS | R | 202,245.34 |
| 03/04/2020 | Bill Payment (Check) | W030120 | CHOUDHARY GARMENTS | R | 396,734.90 |
| 02/06/2020 | Bill Payment (Check) | W020520 | DESIGN COLLECTION, INC. | R | 199,961.20 |
| 02/12/2020 | Bill Payment (Check) | W020920 | DESIGN COLLECTION, INC. | R | 130,920.30 |
| 02/20/2020 | Bill Payment (Check) | W022120 | DESIGN COLLECTION, INC. | R | 141,537.22 |
| 02/27/2020 | Bill Payment (Check) | W022720 | DESIGN COLLECTION, INC. | R | 149,962.20 |
| 02/14/2020 | Bill Payment (Check) | 624 | Etiwanda Logistics Inc | R | 538.05 |
| 02/21/2020 | Bill Payment (Check) | 642 | Etiwanda Logistics Inc | R | 6,113.23 |
| 03/03/2020 | Bill Payment (Check) | 648 | Etiwanda Logistics Inc | R | 10,030.00 |
| 03/06/2020 | Bill Payment (Check) | 672 | Etiwanda Logistics Inc | R | 5,420.27 |
| 03/20/2020 | Bill Payment (Check) | W031320 | Etiwanda Logistics Inc | R | 16,632.83 |
| 04/03/2020 | Bill Payment (Check) | W04022020 | Etiwanda Logistics Inc | R | 5,000.00 |
| 04/10/2020 | Bill Payment (Check) | W04032020 | Etiwanda Logistics Inc | R | 5,000.00 |

| 04/17/2020 | Bill Payment (Check) | W04142020 Etiwanda Logistics Inc | R | 5,000.00 |
|---|---|---|---|---|
| 04/24/2020 | Bill Payment (Check) | W04132020 Etiwanda Logistics Inc | R | 5,000.00 |
| 05/01/2020 | Bill Payment (Check) | W050520 Etiwanda Logistics Inc | R | 5,000.00 |
| 03/06/2020 | Bill Payment (Check) | W030620 FINENESS ENTERPRISE CO., LTD. | R | 60,453.20 |
| 02/20/2020 | Bill Payment (Check) | W022220 G&C CO., LTD | R | 122,665.22 |
| 02/07/2020 | Bill Payment (Check) | 610 GALAXY EXPRESS LLC | R | 2,740.00 |
| 02/14/2020 | Bill Payment (Check) | 623 GALAXY EXPRESS LLC | R | 6,795.00 |
| 02/21/2020 | Bill Payment (Check) | 641 GALAXY EXPRESS LLC | R | 1,460.00 |
| 03/06/2020 | Bill Payment (Check) | 670 GALAXY EXPRESS LLC | R | 3,855.00 |
| 03/06/2020 | Bill Payment (Check) | 667 ICCS & CO., LLC | R | 4,898.15 |
| 03/20/2020 | Bill Payment (Check) | 684 ICCS & CO., LLC | R | 5,073.01 |
| 02/07/2020 | Bill Payment (Check) | 609 JULE DESIGN STUDIO LLC | R | 7,690.00 |
| 02/21/2020 | Bill Payment (Check) | 640 JULE DESIGN STUDIO LLC | R | 7,690.00 |
| 03/06/2020 | Bill Payment (Check) | 664 JULE DESIGN STUDIO LLC | R | 7,690.00 |
| 03/20/2020 | Bill Payment (Check) | 688 JULE DESIGN STUDIO LLC | R | 7,690.00 |
| 04/10/2020 | Bill Payment (Check) | W04042020 JULE DESIGN STUDIO LLC | R | 6,932.02 |
| 04/17/2020 | Bill Payment (Check) | W04112020 JULE DESIGN STUDIO LLC | R | 2,383.55 |
| 02/27/2020 | Bill Payment (Check) | W023020 NANTONG KYUEDA TRADING CO., LTD | R | 194,291.20 |
| 03/06/2020 | Bill Payment (Check) | W030320 NANTONG KYUEDA TRADING CO., LTD | R | 165,546.80 |
| 03/12/2020 | Bill Payment (Check) | W030720 NANTONG KYUEDA TRADING CO., LTD | R | 119,961.20 |
| 02/21/2020 | Bill Payment (Check) | 637 OXFORD HEALTH PLANS | R | 18,414.94 |
| 02/05/2020 | Bill Payment (Check) | 615 PERSUASION SALES AND DESIGN INC. | R | 319,161.03 |
| 02/07/2020 | Bill Payment (Check) | 607 PERSUASION SALES AND DESIGN INC. | R | 28,846.16 |
| 02/14/2020 | Bill Payment (Check) | 628 PERSUASION SALES AND DESIGN INC. | R | 100,000.00 |
| 02/21/2020 | Bill Payment (Check) | 636 PERSUASION SALES AND DESIGN INC. | R | 28,846.16 |
| 03/06/2020 | Bill Payment (Check) | 661 PERSUASION SALES AND DESIGN INC. | R | 28,846.16 |
| 03/20/2020 | Bill Payment (Check) | 692 PERSUASION SALES AND DESIGN INC. | R | 28,846.16 |
| 02/07/2020 | Bill Payment (Check) | W020720 POLARIS Handelsgesellschaft. m.b.H. | R | 199,506.44 |
| 03/06/2020 | Bill Payment (Check) | W030420 POLARIS Handelsgesellschaft. m.b.H. | R | 33,543.84 |
| 02/07/2020 | Bill Payment (Check) | 613 SBH FASHION, INC. | R | 2,120.00 |
| 02/14/2020 | Bill Payment (Check) | 621 SBH FASHION, INC. | R | 3,776.25 |
| 03/06/2020 | Bill Payment (Check) | 659 SBH FASHION, INC. | R | 2,120.00 |
| 03/06/2020 | Bill Payment (Check) | 658 SETLOG CORP. | R | 14,080.00 |
| 02/25/2020 | Bill Payment (Check) | W022620 SHAOXING RANJIE TEXTILE CO. LTD. | R | 66,558.78 |

| 02/14/2020 | Bill Payment (Check) | W021720 TCW TRENDS, INC | R | 137,945.20 |
| 02/06/2020 | Bill Payment (Check) | W020320 TEMOST INVESTMENTS LTD. | R | 499,033.40 |
| 02/12/2020 | Bill Payment (Check) | W021020 TEMOST INVESTMENTS LTD. | R | 199,760.20 |
| 02/14/2020 | Bill Payment (Check) | W021520 TEMOST INVESTMENTS LTD. | R | 148,624.22 |
| 02/25/2020 | Bill Payment (Check) | W022320 TEMOST INVESTMENTS LTD. | R | 134,961.20 |
| 02/27/2020 | Bill Payment (Check) | W023120 TEMOST INVESTMENTS LTD. | R | 176,656.20 |
| 02/28/2020 | Bill Payment (Check) | W023420 TEMOST INVESTMENTS LTD. | R | 195,004.50 |
| 03/04/2020 | Bill Payment (Check) | W030220 TEMOST INVESTMENTS LTD. | R | 302,164.36 |
| 02/07/2020 | Bill Payment (Check) | W020620 TIMEX GARMENTS (PVT) LTD | R | 165,751.20 |
| 02/20/2020 | Bill Payment (Check) | W022020 TIMEX GARMENTS (PVT) LTD | R | 5,844.20 |
| 03/13/2020 | Bill Payment (Check) | W030920 TIMEX GARMENTS (PVT) LTD | R | 53,112.60 |
| 02/25/2020 | Bill Payment (Check) | W022520 VSG KOREA CO., LTD | R | 27,091.10 |
| 02/28/2020 | Bill Payment (Check) | W023320 VSG KOREA CO., LTD | R | 8,354.24 |
| 02/07/2020 | Bill Payment (Check) | 604 VSR SYSTEMS, INC. | R | 2,250.00 |
| 02/14/2020 | Bill Payment (Check) | 620 VSR SYSTEMS, INC. | R | 1,762.80 |
| 02/14/2020 | Bill Payment (Check) | 629 VSR SYSTEMS, INC. | R | 7,000.00 |
| 03/20/2020 | Bill Payment (Check) | 696 VSR SYSTEMS, INC. | R | 2,387.80 |
| 04/17/2020 | Bill Payment (Check) | W04122020 VSR SYSTEMS, INC. | R | 500.00 |
| 02/12/2020 | Bill Payment (Check) | W021220 YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK | R | 24,043.68 |
| 02/14/2020 | Bill Payment (Check) | 618 YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK | R | 34,623.57 |
| 02/21/2020 | Bill Payment (Check) | 633 YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK | R | 14,024.43 |
| 03/03/2020 | Bill Payment (Check) | 650 YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK | R | 36,575.41 |
| 03/06/2020 | Bill Payment (Check) | 651 YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK | R | 65,284.74 |
| 03/20/2020 | Bill Payment (Check) | W031420 YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK | R | 43,070.85 |
| 04/03/2020 | Bill Payment (Check) | W04062020 YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK | R | 25,000.00 |
| 04/10/2020 | Bill Payment (Check) | W04072020 YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK | R | 25,000.00 |
| 04/17/2020 | Bill Payment (Check) | W04082020 YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK | R | 25,000.00 |
| 04/24/2020 | Bill Payment (Check) | W04092020 YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK | R | 25,000.00 |
| 05/01/2020 | Bill Payment (Check) | W05012020 YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK | R | 25,000.00 |

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

In re  **CD II Fashions, LLC**

Case No.  **20-11101-mew**

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................. **$15,000.00**

Prior to the filing of this statement I have received......................................................... **$15,000.00**

Balance Due................................................................................................................ **$0.00**

2. The source of the compensation paid to me was:

☐ Debtor                    ☒ Other (specify)
                                    **Debtor's parent Jump Design Group, Inc.**

3. The source of compensation to be paid to me is:

☒ Debtor                    ☐ Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/29/2020** | **/s/ Ethan D. Ganc** | |
| *Date* | *Ethan D. Ganc* | Bar No. |
| | Law Office of Ethan Ganc | |
| | 99 Madison Avenue | |
| | Suite 5009 | |
| | New York, NY 10016 | |
| | Phone: (212) 929-7500 / Fax: (646) 626-6410 | |

---

**/s/ Glenn Schlossberg**

*Glenn Schlossberg*
*Manager*