UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                                                                    Chapter 7

CD II FASHIONS, LLC,                                                         Case No. 20-11101-mew

       Debtor.

-----------------------------------------------------------x

**FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION
UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE
<u>PURSUANT TO BANKRUPTCY RULE 1019(5)</u>**

NOTE: The Final Report must be filed with the Clerk of Bankruptcy Court through the Court's Electronic Case Filing (ECF) system within 30 days of conversion. Prepare and attach separate exhibits where necessary.

**I. Cash**

    (a) Cash balance on hand at date of conversion        $ 25,476.92

    (b) List the bank name and last four digits of account numbers where all of the cash held on conversion date was located.

    JPMorgan Chase Bank, N.A., account ending in 7723

    (c) Is the cash balance on hand at conversion stated above subject to a security interest?                                                            Yes

    (f) If so, state the name and address of the secured creditor and the amount unpaid on the security agreement as of the date of conversion:

| Name and Address of Secured Creditor | Amount Unpaid |
|---|---|
| The CIT Group/Commercial Services, Inc. | $ 1,921,531.44 |
| 11 W. 42nd St, New York, NY 10036 | |

Page 2, Final Report of CD II Fashions, LLC, Debtor      Case No. 20-10001-mew

## II. Accounts Receivable

(a) Total amount due the debtor from other entities or individuals on date the case was converted to a chapter 7 case.     $ 2,648,409.26

(b) Is the account receivable balance stated above subject to a security interest?                            Yes

(c) If so, state the name and address of the secured creditor and the amount unpaid on the date of conversion on the security agreement:

| Name and Address of Secured Creditor | Amount Unpaid |
|---|---|
| The CIT Group/Commercial Services, Inc. 11 W. 42nd St, New York, NY 10036 | $ 1,921,531.44 |

(d) Itemize below all accounts receivable due the debtor from other entities or individuals on the date that the case was converted to a chapter 7 case:

| Name and address of customer | Kind of obligation | Date of obligation | Amount due debtor |
|---|---|---|---|
| **ANTHONYS INC.**, P.O. BOX 18769, WEST PALM BEACH, FL 33416 | | | $15,250.32 |
| **BEALLS STORES INC**, P.O. BOX 25030 BRADENTON, FL 34206 | | | $195.00 |
| **BLAIN SUPPLY INC.**, P.O. BOX 5391 JANESVILLE, WI 53547 | | | $45,021.98 |
| **BOSCOV'S DEPT STORE LLC**, P.O. BOX 4131 READING, PA 19606 | | | $381,558.70 |
| **COQUETA**, 1111 SANTEE ST UNIT 8 LOS ANGELES, CA 90015 | | | $1,296.00 |
| **KOHLS DEPARTMENT STORES INC** N56 W17000 RIDGEWOOD DR MENOMONEE FALLS, WI 53051 | | | $2,101,915.76 |
| **ROSS STORES INC.**, 5130 HACIENDA DR 3RD FLR, DUBLIN, CA 94568 | | | $103,171.50 |

## III. Accounts Payable

(a) Total unpaid debts incurred during chapter 11 case.     $ 27,663.10

(b) Itemize below all unpaid debts incurred during the chapter 11 case including unsecured debts, secured debts, taxes, wages, administrative expenses, etc., but not including any prepetition debts:

See Exhibit "A"

Page 3, Final Report of CD II Fashions, LLC, Debtor          Case No. 20-10001-mew

**III. Accounts Payable continued**

| Name and Address of unpaid creditors | Kind of debt | Date incurred | Amount unpaid |
|---|---|---|---|
| Etiwanda Logistics Inc<br>7551 Cherry Ave, Unit B, Fontana CA 92336 | | 6/1/20 | $123.60 |
| OXFORD HEALTH PLANS<br>PO Box 1697, Newark, NJ 0710 | | 6/1/20 | $5,084.05 |
| YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK<br>2400 Route 1 North, North Brunswick NJ 08902 | | 5/14/20 | $1,697.45 |
| YANKEE CLIPPER DISTRIBUTION OF BRUNSWICK<br>2400 Route 1 North, North Brunswick NJ 08902 | | 6/1/20 | $20,758.00 |

**IV. Date that Matrix of Unpaid Creditors during the Chapter 11 case was filed   7/7/20**
Not later than 14 days after conversion of the case, a schedule of unpaid debts is to be filed.  This schedule should be an appropriate matrix for mailing purposes containing the names and address of all unpaid entities since the commencement of the Chapter 11 case.

**V. Original Chapter 11 Assets**

Itemize below the assets of the debtor other than cash or accounts receivable *on the date the petition was filed* that were disposed of during the chapter 11 case or that were retained but had a reduced or increased value on the date of conversion to the chapter 7 case:

| Description of asset | Value scheduled in Schedules A and B | If disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|

NONE

**VI. New Chapter 11 Assets**
Itemize below the assets of the debtor other than cash or accounts receivable that were acquired by the debtor during the chapter 11 case and that were disposed of during chapter 11 case or that were retained as assets on the date of conversion to a chapter 7 case.  (Note:  For individual debtors, this must include post-petition earnings. See 11 U.S.C. § 1115(a)(2)).

| Description of asset | Price paid for asset | If disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|

NONE

Page 4, Final Report of CD II Fashions, LLC, Debtor   Case No. 02-10001-mew

**VII. Executory Contracts and Unexpired Leases**

  (a) <u>Rejected</u>:  List below the unexpired leases and other executory contracts that were rejected during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract: NONE

  (b) <u>New, assumed, or not rejected</u>: List below the unexpired leases and other executory contracts that were assumed or not rejected and the new executor contracts including leases that were entered into during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract: NONE

**VIII. Payments to Insiders during the course of the Chapter 11 pendency**

| Name | Amount | Purpose |
|---|---|---|

NONE

The Final Report above, consisting of four pages and one (1) exhibit, has been prepared for or by the undersigned, who declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: 7/23/20  Signed: */s/ Lance Baran*
           Print name: Lance Baran
           Title:    Controller

The debtor has reviewed this Final Report, consisting of four pages and one (1) exhibit and declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.

Executed on: 7/23/20  <u>Debtor</u>
           Signed:   */s/ Glenn Schlossberg*
           Print name: Glenn Schlossberg
           Title:    Manager