# CD II FASHIONS LLC
## Unpaid Bills
### Between 05-04-2020 and 06-25-2020

| | Address | Date | Num | Due Date | Amount | Open Balance |
|---|---|---|---|---|---|---|
| **Etiwanda Logistics Inc5622171361** | 7551 Cherry Avenue, Unit B, Fontana, CA 92336 | 06/01/2020 | 4507 | 07/01/2020 | 123.60 | 123.60 |
| **OXFORD HEALTH PLANS** | P.O. Box 1697, Newark, NJ 07101 | 06/01/2020 | 55030841 | 06/01/2020 | 7,077.03 | 5,084.05 |
| **YANKEE CLIPPER DISTRIBUTION** | 2400 Route 1 North, North Brunswick, NJ 08902 | 05/14/2020 | 16217 | 06/13/2020 | 1,697.45 | 1,697.45 |
| **YANKEE CLIPPER DISTRIBUTION** | 2400 Route 1 North, North Brunswick, NJ 08902 | 06/01/2020 | 16280 | 07/01/2020 | 20,758.00 | 20,758.00 |
| **TOTAL** | | | | | | **27,663.10** |