UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CD II FASHIONS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 20-11101-mew |

**ORDER APPROVING SETTLEMENT AGREEMENT AMONG THE TRUSTEE, JUMP DESIGN GROUP, INC. AND GLENN SCHLOSSBERG, AND THE CIT GROUP/COMMERCIAL SERVICES INC.**

Upon the motion [ECF No. 63] (the "*Motion*") of Alan Nisselson (the "*Trustee*"), trustee for the chapter 7 estate of CD II Fashions, LLC, for the entry of an order pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 9019, approving the Settlement and General Release Agreement (the "*Settlement Agreement*"), attached to the Motion, among the Trustee, Jump Design Group, Inc. ("*Jump*") and Glenn Schlossberg, and The CIT Group/Commercial Services Inc.; and it appearing that due and sufficient notice has been given to all parties in interest; and no responses or objections having been timely filed and served with respect to the Motion; and the relief sought in the Motion is appropriate; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted and the Settlement Agreement is approved and authorized.

2. To the extent applicable, the automatic stay of 11 U.S.C. § 362(a) is modified to permit Jump's insurance carrier to contribute to the payment of the Settlement Amount, as defined in the Settlement Agreement, and to pay any defense costs pursuant to the terms of the

{12024330:3}

applicable policy.

3. This Court retains jurisdiction with respect to any dispute arising from or related to the Settlement Agreement.

Dated: New York, New York
       May 20, 2022

                                   **s/Michael E. Wiles**
                                   THE HONORABLE MICHAEL E. WILES
                                   UNITED STATES BANKRUPTCY JUDGE